■ JAMES HERNANDEZ et al., Appellants, v LUCIANO PERAZZO, Respondent and Third-Party Plaintiff-Respondent. TORRES CONTRACTING CO., INC., Third-Party Defendant-Respondent. [620 NYS2d 944] —Judgment, Supreme Court, New York County (Leland DeGrasse, J.), entered May 24, 1993, which awarded damages to plaintiff James Hernandez in the amount of $57,495 and to plaintiff Sonia Hernandez in the amount of $7,500, for an aggregate of $71,796.08, including interest, costs and disbursements, unanimously affirmed, without costs.

The jury heard and weighed plaintiff's testimony with respect to his pain and suffering and ability to obtain gainful employment and, although plaintiffs contend that the damages awarded by the jury are inadequate, our review of the record leads us to conclude that the damages awarded fall within the range of damages awarded in other cases for such injuries and do not deviate materially from what would be considered reasonable compensation under the circumstances. Defense counsel's summation did not so overstep the bounds of proper commentary on the evidence and argument as to require a new trial. Concur—Rosenberger, J. P., Kupferman, Asch and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH TAYLOR, Appellant. [620 NYS2d 945] —Appeal from a judgment, Supreme Court, New York County (Edwin Torres, J.), rendered October 23, 1991, convicting defendant, after a jury trial, of attempted robbery in the first and second degrees and sentencing him, as a predicate felony offender, to concurrent terms of imprisonment of from 7½ to 15 years and 3½ to 7 years, respectively, held in abeyance and the matter remanded for a hearing on defendant's motion pursuant to CPL 30.30.

In view of the unclear record which indicates that, although the trial court did not seem to recall it, defendant's *pro se* motion to dismiss the indictment on speedy trial grounds was denied without further explanation, we are unable to determine the issue and, accordingly, remand the matter to the trial court for a hearing on such motion. Concur—Rosenberger, J. P., Kupferman, Asch and Tom, JJ.